IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WM MOBILE BAY ENVIRONMENTAL CENTER, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 18-0429-KD-MU |
| THE CITY OF MOBILE, *et al.*, | ) ) ) | |
| Defendants. | ) | |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge (doc. 42) made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, The City of Mobile's Motion to Dismiss Counts IV and V of Plaintiff's Complaint (Doc. 12) is **GRANTED,** and that Counts IV and V are **DISMISSED, with prejudice.**

**DONE** this 20th day of February 2019.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE