IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WM MOBILE BAY ENVIRONMENTAL CENTER, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL ACTION NO. 18-00429-KD-MU ) |
| THE CITY OF MOBILE and THE CITY OF MOBILE SOLID WASTE DISPOSAL AUTHORITY, | ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

This action is before the Court on remand from the Court of Appeals for the Eleventh Circuit (doc. 293). The Eleventh Circuit found that during this litigation Defendant City of Mobile Solid Waste Disposal Authority (SWDA) challenged whether Plaintiff WM Mobile Bay Environmental Center, Inc.'s principal place of business was in Mississippi. Specifically, SWDA did not admit the existence of diversity jurisdiction in its answer, as in the prior litigation,[1] but instead denied the allegation. SWDA also contested diversity jurisdiction in the joint pre-trial document and argued that WM Mobile's nerve center was at the Chastang Landfill in Alabama, not in Madison, Mississippi (Id., p. 3, 5).

The Eleventh Circuit pointed out that it was WM Mobile's burden to establish jurisdiction. In that regard, the Eleventh Circuit found that the evidence submitted to establish WM Mobile's principal place of business - the Certificate of Incorporation in Delaware and a sworn response to an interrogatory stating that its principal office was in Madison, Mississippi –

---

[1] See Opinion at p. 6-7 (doc. 293).

was insufficient to determine the issue on appeal (Id. p. 3, 5, 6).

The Eleventh Circuit remanded for the "limited purposes of developing the record and making findings of fact with regard to the citizenship of the parties" (Id., p. 7).  The Eleventh Circuit explained that if WM Mobile "carries its burden in establishing that its principal place of business is in Mississippi, we retain jurisdiction to consider the remaining issues on appeal" and that "[c]onversely, if WM Mobile does not carry its burden, there is no federal jurisdiction, and the district court should dismiss this case" (Id.).

Accordingly, the parties are **ORDERED** to brief the Court on the issue of diversity jurisdiction, as follows:

1) WM Mobile shall file its brief on or before **November 1, 2021.**

2) SWDA shall file its response on or before **November 15, 2021**.

3) WM Mobile shall file its reply on or before **November 22, 2021**.

The limited remand shall be taken under submission on **November 23, 2021**.

**DONE** and **ORDERED** this the 19th day of October 2021.

           <u>/s / Kristi K. DuBose</u>
           **KRISTI K. DuBOSE**
           **UNITED STATES DISTRICT JUDGE**