IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WM MOBILE BAY ENVIRONMENTAL CENTER, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 18-00429-KD-MU |
| THE CITY OF MOBILE and THE CITY OF MOBILE SOLID WASTE DISPOSAL AUTHORITY, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

This action is before the Court on the limited remand from the Court of Appeals for the Eleventh Circuit, WM Mobile Bay Environmental Center, Inc.'s Brief in Support of Diversity Jurisdiction, the response filed by the City of Mobile Solid Waste Disposal Authority, and evidence in support (docs. 294-299).[1]

Upon consideration, the matter is set for hearing on **December 15, 2021, at 9:00 a.m.** in Courtroom 4B, United States Courthouse, 155 St. Joseph St., Mobile, Alabama, 36602.

**DONE** and **ORDERED** this the 19th day of November 2021.

_/s / Kristi K. DuBose_
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**

---

[1] WM Mobile's reply remains due November 22, 2021 (doc. 294).